**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Simeti LUALEMAGA, Defendant–**
**Appellant.**

**No. 11–10363.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 19, 2012.

Larry Butrick, USH—Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Alexander Silvert, Assistant Federal Public Defender, FPDHI—Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Simeti Lualemaga appeals from his jury-trial conviction and 60–month sentence for assault of a United States government employee with a deadly weapon, in violation of 18 U.S.C. § 111.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lualemaga's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.